The People of the State of New York, Respondent, 
against
Dennis Aryeequaye, Defendant-Appellant.




In consolidated criminal proceedings, defendant appeals from three judgments of the Criminal Court of the City of New York, New York County (Denise M. Dominguez, J.), each rendered May 11, 2016, convicting him, upon his plea of guilty, of criminal possession of a controlled substance in the seventh degree and two counts of disorderly conduct, and imposing sentence.




Per Curiam.
Judgments of conviction (Denise M. Dominguez, J.), each rendered May 11, 2016, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have reviewed this record and agree with defendant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 10, 2020